| | | |
|---|---|---|
| People v Martinez (Mitchell) | 1st Dept: 143 AD3d 564 (Bronx) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Mason | 1st Dept: 143 AD3d 569 (Bronx) | denied 1/3/17 (Garcia, J.) |
| People v Matos | 1st Dept: 143 AD3d 507 (Bronx) | denied 1/4/17 (Stein, J.) |
| People v Maynard | App Div, 4th Dept, 10/7/16 (Cayuga) | denied 1/3/17 (Rivera, J.) |
| People v McClassling | 1st Dept: 143 AD3d 528 (NY) | denied 1/24/17 (Abdus-Salaam, J.) |
| People v McKnight | 3d Dept: 144 AD3d 1334 (Schenectady) | denied 1/24/17 (Garcia, J.) |
| People v McLean | 1st Dept: 143 AD3d 538 (NY) | denied 1/16/17 (Rivera, J.) |
| People v McMurray | 1st Dept: 143 AD3d 542 (NY) | denied 1/10/17 (DiFiore, Ch. J.) |
| People v Michel· | 2d Dept: 144 AD3d 948 (Kings) | denied 1/11/17 (Stein, J.) |
| People v Miranda (Enrique) | 2d Dept: 144 AD3d 844 (Richmond) | denied 1/18/17 (Fahey, J.) |
| People v Miranda (Luis) | 1st Dept: 143 AD3d 491 (NY) | denied 1/4/17 (Stein, J.) |
| People v Mohammed | 3d Dept: 144 AD3d 1321 (Albany) | denied 1/11/17 (DiFiore, Ch. J.) |
| People v Moise | 1st Dept: 144 AD3d 491 (NY) | denied 1/18/17 (Fahey, J.) |
| People v Morrow | 2d Dept: 143 AD3d 919 (Kings) | denied 1/19/17 (Fahey, J.) |
| People v Murillo | 1st Dept: 144 AD3d 450 (NY) | denied 1/23/17 (Garcia, J.) |
| People v Myers | 2d Dept: 143 AD3d 843 (Suffolk) | denied 1/17/17 (Fahey, J.) |
| People v Nadal | App Div, 2d Dept: 2016 NY Slip Op 80390(U) (Westchester) | denied reconsideration 1/23/17 (Fahey, J.) |
| People v Nedlik | 3d Dept: 144 AD3d 1324 (Broome) | denied 1/30/17 (Fahey, J.) |
| People v Nelson | 1st Dept: 133 AD3d 536 (NY) | denied 1/11/17 (Stein, J.) |
| People v Norman | 2d Dept: 142 AD3d 1107 (Queens) | denied 1/16/17 (Rivera, J.) |
| People v Nowell | 1st Dept: 143 AD3d 510 (NY) | denied 1/16/17 (Rivera, J.) |
| People v O'Rourke | App Term, 2d Dept, 9th & 10th Jud Dists: 2016 NY Slip Op 93720(U) (Suffolk) | denied 1/30/17 (Fahey, J.) |
| People v Ortega | 1st Dept: 144 AD3d 507 (Bronx) | denied 1/19/17 (DiFiore, Ch. J.) |
| People v Owens | 4th Dept: 144 AD3d 1510 (Onondaga) | denied 1/25/17 (Stein, J.) |